UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. **1:23-cr-10186-ADB** |
| | ) |
| TREVON BELL | ) |

### **STATUS REPORT (TREVON BELL)**

The parties appeared before the Court via Zoom on August 13, 2025, for status conference. After hearing from counsel, the Court ordered each defendant to file a status report by September, 2025, detailing, *inter alia*, the status of discovery. Defendant Trevon Bell hereby submits his following supplemental report.

On or about August 2023, while held as a pretrial detainee in the matter of *U.S. v. Trevon Bell*, Docket No. 1:22-cr-10016-FDS and prior to the instant indictment, Mr. Bell was transferred from Wyatt Detention Center to Hartford Correctional Center, located in Hartford, Connecticut at the direction of the United States Marshals.  Hartford Correctional Center is a level 4, high-security urban jail that holds primarily pretrial offenders for a number of Superior Courts in Connecticut.  Although Hartford Correctional Center provides their pretrial detainees access to tablets in order to communicate with family and friends, Hartford Correctional Center does not have a law library and does not afford computer access to their pretrial detainees for discovery review.  Upon information and belief, Hartford Correctional Center also does

not permit pretrial detainees to maintain excessive paper discovery in their cells.

Counsel visited Mr. Bell in Hartford on two or three occasions and provided Mr. Bell with some paper discovery but was unable to review non-paper discovery with him because of the time limitations involved. After much time and effort, Counsel was able to persuade the United States Marshals to return Mr. Bell to Wyatt Detention Center, and he arrived at Wyatt Detention Center on or about March 2025. Counsel worked diligently with Attorneys Michael Andrews and Nell Brown who secured an individualized laptop for Mr. Bell, among others, so that he could catch up with his discovery review without having to compete with the limited computer time granted to other pretrial detainees.

Mr. Bell finally received his laptop but has only permitted to access it once per week to date. Counsel has met with her client and has discussed his discovery with him as well as a possible resolution of his case. Counsel has also initiated discussions with the Government about a Rule 11 hearing but will need additional time to finalize its terms.

A further continuance of forty-five to sixty days would assist Mr. Bell in finalizing the terms of a potential Rule 11 hearing.

                Respectfully Submitted,
                Trevon Bell
                By his counsel,

Date: 03/05/2026            /s/ Vivianne Jeruchim
                                  Vivianne Jeruchim, Esq.

BBO #547598
Jeruchim & Associates, P.C.
6 Beacon St., Suite 825
Boston, MA 02108
617 312-2255
aviva@jeruchimlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on 03/05/2026.

Date: 03/05/2026                    /s/ Vivianne Jeruchim
                                    Vivianne Jeruchim, Esq.