UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**No. 1:23-cr-10186-ADB**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| TREVON BELL | ) |
| Defendant | ) |

## <u>MOTION FOR RULE 11 HEARING</u>

The defendant, Trevon Bell, hereby moves this Court to schedule a Rule 11 hearing in the above-captioned case.   In support of his motion, the Defendant states that he wishes to have a Rule 11 hearing on a date at the convenience of the court.

WHEREFORE, the defendant moves for the scheduling of a Rule 11 hearing and for such other and further relief as to this Court seems just and proper.

Respectfully Submitted,
Trevon Bell
By his counsel,

Date: 05/06/2026

/s/ Vivianne Jeruchim
Vivianne Jeruchim, Esq.
BBO #547598
Jeruchim Law, P.C.
6 Beacon St., Suite 825
Boston, MA  02108
617 312-2255
aviva@jeruchimlaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on 05/06/2026.

Date: 05/06/2026                                    /s/ Vivianne Jeruchim_____
                                                    Vivianne Jeruchim, Esq.