Trevon Bell Support Letter 2026
File Edit View Tools Help
Request edit access
Share



**God's Soldiers, Inc.**
**Rev. Christopher G. Womack, MSW, Founder**
150 West Street Suite # 3
Hyde Park, Massachusetts 02125
(w) 617.938.0609
chrisgwomack7@gmail.com

The John Joseph Moakley United States Courthouse March 20, 2026
1 Courthouse Wy,
Boston, MA 02210

RE: Mr. Trevon Bell Letter of Support

Dear Honorable Presiding Justice:

My name is Reverend Christopher G. Womack, Pastor of The Way Church. I function in the community with titles relevant to the support of Mr. Trevon Bell. I have a Master of Social Work (MSW), and I am the Founder and Executive Director of God's Soldiers, Inc. GSI, is a not for profit, community-based, training and outreach program, which partners to provide training, in the trades, for disenfranchised youth and adults. However, daily, I primarily operate as a Clinician out of the Family Wellness Center, Inc (FWC). Plus, I worked as a Re-entry, Case Manager, out of Suffolk County House of Corrections, where I acted as an Advocate and helped Clients gain access to resources and **wraparound** services, including training and employment, family and individual treatment services, as well as helped those young men, who were deemed most likely to recidivate, to confront any personal issues, such as emotional, behavioral and mental illness, addiction, and abuse.

I have a history with Trevon and know him both informally and formally. Informally, as you may have heard, I had come to know Trevon, through both his parents, while working when I was a peer teen counselor and streetworker in the Roxbury/Jamaica Plain area(s). However, I evolved into positions as a clinician, outreach educator and evangelist with my **church,** where I came to know Trevon formally, and where I became impressed by seeing his selfless nature where he'd volunteer by participating in telehealth phone counseling.

I stand on a notable reputation to have successfully partnered with courts, parole, and probation, to have assisted with young men meeting their obligations. I have been servicing young men with similar backgrounds as Mr. Bell for nearly four decades with wondrous testimonial outcomes: homeowners, tradesmen, mentors, business owners, preachers, teachers, responsible fathers, and the like.

Lastly, in the event that a favorable decision is made, please note that I'd be personally willing to be involved, throughout, to assist in assuring that Trevon will be in compliance with Parole, particularly as I realize that Mr. Bell would most likely be required to both set up and have **wraparound services: like** Housing, job readiness and placement and or attend some sort of Individual or **Group** Therapy sessions, to assist him with addressing his issues. All Individual Therapy Sessions would or could be done by me or, **as a Clinician,** I could set up the referral for any or all of those Services. In addition, as the therapeutic relationship continues to grow with Mr. Bell, I will continue to have additional insights into my clinical perspectives, in which I will respond to both you and Mr. Bell accordingly.