Dear Judge Burroughs,

My name is Tamara bell I am the mother of Trevon bell. I am writing to you asking to please send my son back home to us. His children and I along with the rest of his family have not seen Trevon for almost 3yrs. I ask you this because my son is really a family man all the things people try to make him out to be by saying bad things about him is really not how Trevon is. My son is really my back bone my strongest support member. When I was 6 months old I was diagnosed with chronic kidney disease I got my first transplant from my mother when I was 14 months old which that lasted me until I was 15yrs old as I got older the dr.s told me that I would never be able to have children. I went back on dialysis at 16yrs old I received my 2nd transplant from my aunt during that time I had my oldest son and then Trevon. At the age of 15 Trevon's life started to change I started to get sick again Trevon tried so hard to take care of me making sure I went to dialysis he even sat with me some days at dialysis then when we got home he would try to cook for the household because I was too weak. After while I received my 3rd kidney from my little sister which I have now. Your honor I say this because before he went to jail I was living with Trevon and his little family because my kidney is in stable condition he was taking me to my appointments, making sure I took my meds on time and whatever needed to be done. While being in jail Trevon has lost his grandfather, and two uncles which one was like a dad to him. I could go on and on but I will keep this letter short. Your honor please please give me back my son. He will help anyone with anything. I really need him I never know when it's going to be my last day to be with my son again. I now have heart failure, type 2 diabetes, high blood pressure, depression and really bad anxiety.

Thank you :
Tamara bell