InnerCity Weightlifting
Letter of Support: Trevon Bell
Date: 9/2/2026

I am writing in support of Trevon Bell, who would be welcomed back to our program whenever he's released.

He has been involved in our program since 2018. In his time with us, he's completed his level 1 personal training certification, participated regularly in our case management services, and earned a spot on our part-time hourly payroll – helping to manage the gym.

Our program offers two levels of service. First, simply coming to our gym and community where participants can work with our staff on basic needs (i.e. IDs, licenses, bank accounts) and work toward employment goals leveraging our network, career placement staff. Second, being our personal training career track, where interested participants complete 3 levels of personal training certifications, with opportunities for internal and external employment.

He's been a pleasure to have with us, and we look forward to working together with him again.

**Mission**: ICW's mission is to amplify the voice and agency of people who have been most impacted by systemic racism and mass incarceration. We partner with program participants through case management and careers in and beyond personal training. Individuals are elevated as experts in fitness and social issues they've lived. ICW is a community in which power dynamics are flipped, social capital is bridged, and new leaders emerge in the fight to combat long-standing inequities.

Please feel free to contact regarding this letter.

Sincerely,

Jon Feinman, MBA
CEO and Founder
Email: jonf@innercityweightlifting.org
Cell: 413-335-3547