scan_2026-03-16-16-41-56.pdf
Open with Google Docs

To Whom it my Concern:

My Name is Audree Bell I'm Trevon Bell grandmother I'm 77 years old and miss and love him so much I'm writing this letter to express my love Support and belief in his Character as he goes through the lost of his uncle I known my grandson his entire life and he is very Caring respectful and would do anything and everything for you he has many positive qualities and has always meant a great deal to our family and his two kids as little tre is 11 and daughter Zalanni 6 his brother, mother, Father our family will Continue to stand by him yes I have Cancer in my legs which is in my white Cells and during my Chemotherapy trevon would Coach me through my sessions to make me feel better he really is my hero that loves his family and his grandmother thank you for taking the time to read my letter and Consider my perspective

Love nana Audree

Page 1 / 1