To Whom It May Concern,

My name is Che'Mara Bennett, and I had the opportunity to work with Mr. Bell while he was in the care of the Department of Youth Services (DYS) in Boston, Massachusetts. I first met Mr. Bell around 2015–2016 while working as a Shift Supervisor, as well as serving as his assigned advocate on the unit. In these roles, I worked closely with him on a regular basis, which gave me the opportunity to truly get to know Mr. Bell and understand him beyond just his circumstances.

Mr. Bell was raised in a very difficult and challenging environment, and it is important to recognize that the circumstances surrounding his upbringing played a significant role in shaping many of the challenges he faced as a young person. The environment he grew up in presented obstacles that would have been difficult for many individuals to overcome. Despite these circumstances, Mr. Bell consistently demonstrated resilience and a genuine desire to improve his life and make better choices for his future.

While in the care of DYS, Mr. Bell showed meaningful commitment to his personal development. One of the most notable aspects of his time in the program was his dedication to being a father. Even while navigating the challenges of the system, he remained committed to his role as a present and caring parent. His efforts to remain involved in his child's life reflected a strong sense of responsibility and love for his family.

Mr. Bell also worked diligently to obtain his high school diploma while in the program. This accomplishment required determination and focus, and it demonstrated his willingness to invest in his future and set a positive example for his child.

During the time I worked with him, it was also clear that Mr. Bell has a strong and supportive family who stood by him. Their presence and encouragement were evident, and I believe that the compassion, kindness, and respect that Mr. Bell consistently shows toward others is deeply rooted in the values instilled by his family.

Importantly, Mr. Bell's efforts did not stop when he left the care of DYS. After returning to the community, he continued to maintain contact and actively sought out programs and resources that would support his growth and strengthen his role as a father. His willingness to remain connected to positive supports demonstrates accountability and a sincere commitment to improving his life.

Over the years that I have known Mr. Bell, he has consistently presented himself as respectful, pleasant, and kind-hearted. In my experience, he is someone who has faced significant adversity but has continued to show humility, compassion, and a desire to grow beyond the circumstances he was given.

For these reasons, I respectfully ask that the Court take into consideration Mr. Bell's background, the difficult environment in which he was raised, his demonstrated dedication to fatherhood, his educational achievements, and the continued support of his family. These factors, along with the efforts he has made to engage with positive programs and resources, reflect an individual who is capable of growth and committed to building a better future.

Based on my experience working closely with Mr. Bell and observing his growth over the years, I sincerely believe he has the ability to continue making positive changes and to be a productive and supportive presence for his family and community. I respectfully ask that the Court take these factors into consideration when making its decision.

Thank you for your time and thoughtful consideration.

Respectfully,

CheMara Bennett
Former Shift Supervisor / Unit Advocate
Department of Youth Services (DYS)
Bennettchemara70@gmail.com