**Trevon Bell**

7th September 2026

Dear Honorable Judge Burroughs

As I stand before you today, I want to express my sincere remorse and take full responsibility for my actions. I sincerely apologize to you, the court, society and last but not least my family for the harm I have caused. The past 5 years of my incarceration have provided valuable time for reflection and growth. At the time of me selling the letters for people to obtain PUA, I was not thinking of how it would affect any entity or anyone. I was selfish and was looking for a quick way to generate money during the pandemic to provide for my family. I acknowledge that my past will always be a part of me, but I refuse to let it define me. I have been committed to using this time to become a better man, father, son and contributing member of society. I understand deeply the impact my actions have had on the community and my loved ones, especially my children, grandmother and grandfather ,who have been adversely affected by my absence. I am determined to turn my life around and pursue a law-abiding lifestyle, my former lifestyle had me confused, no longer will I determine the way I'm living. The hardest fight I had to fight was the fight I fought to free myself from self. During incarceration, I have lost my grandfather ,my uncle who was like a father figure to me, also another close uncle. Nothing hurts more than losing a loved one, while incarcerated and not being able to attend the funeral or grieve properly. Not being there for my family during hard times, even little things matter, like shoveling the snow off my elderly grandmother's walkway, being able to shovel her car out, picking up my moms medication from the pharmacy, also during crucial movements in my kids life, birthdays, first days of school, parent teacher conferences, which are things I never missed when I was home. I say that to say this, these are things I will remember I had to endure during incarceration, and when temptations that could lead me back in jail presents themselves. I have to ask myself, is it worth it? And nothing will ever be worth the pain I had to endure during those times. I have utilized the last five years to complete various program's, I'm eager to continue my journey of self improvements both during and after my sentence. Upon release I have concrete plans to become a certified HVAC technician, I have been looking into attending the Peterson trade school in Woburn,MA and earn my HVAC certification. So I can apply for HVAC entry worker positions while I attend school. I also want to save up enough money and start my own tow trucking company. Furthermore, I am dedicated to mentoring at-risk juveniles to prevent them from making the same mistakes I did. I aim to teach them valuable life skills such as decision making and resilience and to guide them towards a positive path,to show them there is more than being loyal to a gang or group. I am grateful for the opportunity to address the court, and I humbly ask for a fair sentence please. I assure you I am committed to making the most out of the chance,and contributing positively to society.

I appreciate your consideration.

Sincerely,

Trevon Bell