Honorable Judge Burroughs:

A million letters you've read I hope this one can give you something to feel. My name is Alyssa Goodrich, and I met Trevon Bell while he was incarcerated in the beginning of 2025. He instantly fell in love with me and I can't deny that Alyssa Bell looks a little prettier written in the sand than Alyssa Goodrich.

Over the course of our relationship, I got to experience the good, the bad, and, yes, the ugly. But more importantly, I got to watch him grow.
Trevon is a man who, in all the time I have known him, has never once raised his voice to me. On paper, he did not fit the mold of what I thought I was looking for. I had no idea what a "Trottie Moula" was, and maybe that is exactly what made this so special. The world knew Trottie Moula. I got the opportunity to know Trevon Bell. There is a difference.

As a Learning Specialist, I spent many of my days advocating for my students who are often reduced to a diagnosis, a behavior, or a label. There is a question that has become fundamental to the way I teach every single one of my students. What is the root cause of this?

If a student is failing, I don't tell them they are failing. I want to understand why. Are they struggling to focus? Is there something happening underneath the behavior that nobody has taken the time to see? That's what I did with Trevon. I found myself asking questions that I wonder if anyone had ever asked him. Who taught him how to process loss? Who taught him what to do with anger, grief, or anxiety when those emotions became overwhelming? No one asked what it does to a child to witness their best friend die infront of them, or how it alters a person to learn early that the world can become dangerous without any kind of warning. Without offering his trauma as an excuse for his actions. I am offering it because understanding the root of a human struggle is entirely different from excusing the outcome.

If I tell a student, "Don't do that again," but never teach them what to do instead, I have not helped them. I have only told them what I don't want. In fact, I have failed at my job. Trevon's primary focus since we met has been his family and his children. He carries an immense amount of worry for his mother, Tamara Bell, who is severely ill. I have watched that worry weigh heavily on him. He has experienced the harsh realities of his environment firsthand.

No matter the difficulty of his own circumstances, he's made sure his children celebrate their birthdays & holidays. He made sure his children still felt celebrated, remembered, and loved even when he could not physically be there. He extended that love to my children. He did not have to build relationships with them, care about what they wanted, or make an effort to make them feel special. They were not his children. He did it anyway.

He took this punishment and he used it to become the best version of himself and I

couldn't be more proud. Many people have looked at me and wondered "what do you see in him?" Simple. Everything no one else has. I am not saying that because I believe I know more than the court. I am saying it because the Court has had to know Trevon through evidence, records, charges, and circumstances surrounding this case.

I know the version of him who laughs obnoxiously. I know the version who worries. I know the version who loves his children. I know the version who is still holding a grudge over a wrestling belt from the fourth grade. If I had stayed in something else simply because it was warm, just so I would not have to be cold… I would have never met such an amazing man.

I fell in love with a person. A person who has made mistakes. A person who has faced his consequences. A person who is not perfect. But also a person who is capable of being more than the worst chapter of his life. I believe people should be held accountable for their actions, but I also believe accountability and humanity can exist in the same room.

So I ask the court to consider the Trevon Bell I know. The father. The son. The family man. The stubborn, hard headed overachiever and the man who, despite everything he has experienced, has not allowed the world to completely take his capacity to love away from him.

The world may know Trottie Moula.
I hope the court will also take a moment to see Trevon Bell.

Sincerely,
Alyssa Goodrich